UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami District

SASHA MCNEAL,

    Plaintiff,                                    Case No: 18-25376-civ-SCOLA

vs.

PRB ENTERTAINMENT, INC., a Florida
Corporation; NIGHTLIFE SOLUTIONS, INC.,
a Florida corporation; JAMES FULFORD;
individually; and BENJAMIN FOX, individually,

    Defendants.

_____/

## DEFENDANTS', PRB ENTERTAINMENT, INC. AND JAMES FULFORD, MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendants, PRB ENTERTAINMENT, INC. and JAMES FULFORD, by and through their undersigned counsel, hereby moves this Honorable Court for and Order dismissing Plaintiff's Second Amended Complaint (Doc. 64) pursuant to Fed R. Civ. P. 12 (b) (6) for failure to state a claim, and in support thereof states:

1. On December 21, 2018 the Plaintiff filed her Complaint against Defendants seeking damages for her alleged unlawful termination from working as a bartender/server at Club Climaxxx[1].

2. By Order dated June 17, 2019, in response to Plaintiff's Motion for Entry of Default Judgment against Nightlife Solutions, Inc. and Benjamin Fox, this Court found that the

---

[1] The Summons were not returned Executed on Defendants PRB ENTERTAINMENT, INC. and JAMES FULFORD until May 21, 2019 (Docs 34 and 35).

initial Complaint (Doc. 1) was not "well-pled" as the conclusions therein "are boilerplate and realleged –verbatim---against all four defendants collectively" and further indicated that the form of the pleading violated Rule 8 and has been "consistently condemned by the Eleventh Circuit."

3. The Plaintiff, upon leave from this Court, filed its Amended Complaint on July 11, 2019 again making the identical boilerplate allegations against all four Defendants.

4. By Order (Doc. 61) dated September 6, 2019, in response to Plaintiff's second Motion for Entry of Default Judgment against Nightlife Solutions, Inc. and Benjamin Fox, this Court again found Plaintiff's Amended Complaint deficient. The Court again noted the pleadings as to Defendants Fox and Fulford were boilerplate, and verbatim, and ruled that any amendments Plaintiff had made to the allegations were insufficient, and added:

> Lodging identical allegations against each of the four defendants is not substantially different from allegations against 'the defendants'. As the Court stated in its prior order denying entry of default judgment (ECF No. 44), this form of pleading violates Rule 8 and is consistently condemned by the Eleventh Circuit.

5. Plaintiff, with leave of the Court, filed its Second Amended Complaint on October 2, 2019 (Doc. 64). Notably, Plaintiff has failed to fixed the flaws identified by this Court in its previous Orders.

6. In the Second Amended Complaint at issue herein, Plaintiff continues to "lump" all four defendants as follows: "During all relevant times, <u>Defendants</u> operated a night club under the name Club Climaxxx which served food and beverages." (emphasis added)(2nd Amended Complaint at para 3). "Shortly before Plaintiff's employment was terminated, the <u>Defendants</u> took over operation of Club Climaxxx cause of some litigation involving a shooting on the premises several years earlier." (emphasis added)(2nd Amended Complaint para 19).

7. Moreover, each of the four counts, against each of the four Defendants, are again precisely mirrored verbatim. Each of the four counts claims a violation of 29 USC 215 (a)(3) for

retaliation, but remarkably, each count states that each of the four Defendants did exactly the same thing. In summary, the four successive counts, state as follows:

    a. "…PRB ENTERTAINMENT, INC. took over operation of Club Climaxxx." and "…Plaintiff's employment was terminated by PRB ENTERTAINMENT, INC." (2nd Amended Complaint para. 26).

    b. "…NIGHTLIFE SOLUTIONS, INC. took over operation of Club Climaxxx." and "…Plaintiff's employment was terminated by NIGHTLIFE SOLUTIONS, INC." (2nd Amended Complaint para. 31).

    c. "…JAMES FULFORD took over operation of Club Climaxxx." and "…Plaintiff's employment was terminated on the orders of JAMES FULFORD." (2nd Amended Complaint para. 36).

    d. "…BENJAMIN FOX took over operation of Club Climaxxx." and "…Plaintiff's employment was terminated on the orders of BENJAMIN FOX." (2nd Amended Complaint para. 41).

8. Plaintiff's Second Amended Complaint "is a perfect example of 'shotgun' pleading. *See e.g. Anderson v. District Bd. Of Trustees of Cent. Fla. Community College,* 77 F.3d 364, at 366 (11th Cir. 1996).

9. This ..."Complaint violates Rule 8 because it lumps Defendants together as one entity and attributes all of the alleged acts…" to all defendants. *Citcuitronix, LLC v. Shenzen Kinwong Elec. Co. Ltd.,* 2018 WL 7287192, p. 6 (SD Fla. January 31, 2018).

10. This Court, on two previous occasions, explicitly warned Plaintiff not to lodge identical allegations against each of the four Defendants. See e.g. para. 4 above.

11. Where the pleading party repeatedly ignores rulings of the court, and fails to

restate the complaint in a way which is not in violation of the Rules of Civil Proceedure, the court may dismiss the complaint with prejudice. *See e.g. Sarhan v. Bd. of Trs.,* WL 4258288 (SD Fla. September 6, 2018).

Wherefore, Defendants, PRB ENTERTAINMENT, INC. and JAMES FULFORD, hereby request an Order of this Court dismissing the Second Amended Complaint with prejudice.

DATED this 8th day of October, 2019.

    Respectfully submitted,
    By: /s/ Jack C. Morgan III
    Jack C. Morgan III, Esquire
    Florida Bar No. 0126527
    ALOIA ROLAND LUBELL & MORGAN, PLLC
    2222 Second Street
    Fort Myers, FL 33901
    Telephone: 239.791.7950
    Facsimile: 239.791.7951
    Primary Email: jmorgan@floridalegalrights.com
    Secondary Email: kturner@floridalegalrights.com
    Secondary Email: dosnac@floridalegalrights.com
    *Counsel for Defendants PRB and Fulford*

    And

    /s/John B. Gallagher
    Florida Bar No. 0271225
    Gal2701@aol.com
    JOHN B. GALLAGHER, P.A.
    2631 East Oakland Park Boulevard
    Suite 201
    Fort Lauderdale, FL 33306
    Telephone: 954.524.1888
    Facsimile: 954.524.1887
    *Co-Counsel for Defendants PRB and Fulford*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ John B. Gallagher
John B. Gallagher, Esquire
Florida Bar No. 0271225